1024

[No. 7130-1-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. STEWART
MAYNARD MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86852, Warren Chan, J., entered October 24,
1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James, A.C.J., and Dore, J.

[No. 7145-9-I.   Division One.   February 19, 1980.]

RICHARD B. KOMEN, ET AL, *Appellants,* v. KING COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 845796, Robert E. Dixon, J., entered
November 3, 1978. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Callow, C.J.,and Swanson, J.

[No. 7164-5-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WADE
SIELER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JOHN L.
CERAR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86298, Barbara J. Rothstein, J., entered
November 14, 1978. *Affirmed* by unpublished opinion per
Dore, J., concurred in by James, A.C.J., and Ringold, J.